**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>        Defendant. | Case No. 6:21-cv-00336-ADA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT ASUSTEK COMPUTER INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant ASUSTeK Computer Inc. ("Defendant" or "ASUS"), without waiving any defense described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves to extend the time to answer, object to, move, or otherwise respond to Plaintiff Lone Star Technological Innovations, LLC's ("Plaintiff" or "Lone Star") Complaint to and including August 23, 2021. This is a 45-day extension.

Lone Star moved this Court for service of process on ASUS via Fed Ex on April 23, 2021. Dkt. 8. The Court granted the motion on May 14, 2021 via a text order. ASUS received the Fed Ex on June 17, 2021.[1] Using June 17, 2021 as the date of service, ASUS's response to the Complaint is currently due on July 8, 2021.

Defendant ASUS requests this extension to allow it additional time to analyze the Complaint and asserted patents in order to answer or otherwise respond to the complaint. As such, ASUS requests an extension of 45 days, up to and including August 23, 2021, to answer, move or otherwise respond to the Complaint.

Counsel for Defendant conferred with counsel for Plaintiff on July 4, 2021, and Plaintiff does not oppose the extension of time sought by this motion.

---

[1] ASUS notes that it believes Lone Star should have served it, a Taiwanese corporation, through the Letters Rogatory process. However, for the purposes of this case only, ASUS will not challenge the method of service.

Respectfully submitted,

Dated: July 7, 2021

By: /s/ Andrew T. Oliver
Andrew T. Oliver

AMIN, TUROCY & WATSON LLP
Vinay V. Joshi (Lead Attorney) (application for admission forthcoming)
vjoshi@ATWiplaw.com
Cal Bar No. 213487
Andrew T. Oliver (admitted in Western District)
aoliver@ATWiplaw.com
Cal Bar No. 226098
160 West Santa Clara Street, Suite 975
San Jose, CA 95113
Telephone: 650-393-0634
Facsimile: not used

*Attorneys for Defendant*
*ASUSTeK COMPUTER, INC.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have consented to electronic service.

               /s/ Andrew T. Oliver
               Andrew T. Oliver