# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>    Defendant. | Case No. 6:21-cv-00336-ADA<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

This Court, upon having reviewed Defendant ASUSTeK Computer Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), GRANTS the Motion.

IT IS, THEREFORE, ORDERED that the deadline for Defendant ASUSTeK Computer Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended and due on August 23, 2021.

SIGNED this _____ day of _____, 2021.

                       _____
                       Hon. Alan D. Albright
                       UNITED STATES DISTRICT JUDGE